IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELAN PAVLOV,<br>                    **Plaintiff,**<br><br>        v.<br><br>**WILMINGTON SAVINGS FUND SOCIETY,<br>FSB<br>DUNBAR LLC<br>DUNBAR GROUP LLC**<br>                    **Defendants.** | CIVIL ACTION<br><br><br><br>NO.  25CV7362 |

## O R D E R

**AND NOW**, this 15th day of May, 2026, upon consideration of: (1) Defendant Wilmington Savings Fund Society, FSB's ("WSFS") Motion to Dismiss (ECF Nos. 18, 31), and Plaintiff's Responses in Opposition thereto (ECF Nos. 30, 37); as well as, (2) Defendant Dunbar LLC's Motion to Dismiss (ECF No. 34), and Plaintiff's Response in Opposition thereto (ECF No. 38), for the reasons set forth in the accompanying opinion, **IT IS HEREBY ORDERED** as follows:

1. Defendants' Motions are **GRANTED** with respect to Plaintiff's claim under the Electronic Fund Transfer Act ("EFTA"), 15 U.S.C. § 1693 *et seq*., which claim is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 12(b)(6).

2. It appearing that Plaintiff's Class Action Complaint fails to establish that this Court has subject matter jurisdiction over this case following the dismissal of Plaintiff's EFTA claim, Plaintiff shall have until **June 29, 2026**, to file an amended complaint for the limited purpose of pleading his EFTA claim and/or the grounds upon which this Court's jurisdiction depends.

3. Failure to file an amended complaint by **June 29, 2026**, may result in dismissal of this

action for lack of subject matter jurisdiction.

4. Defendants' Motions are **DENIED** in all other respects, without prejudice to refile them

if appropriate in the event that Plaintiff files an Amended Complaint.

**BY THE COURT:**

**S/ WENDY BEETLESTONE**

**WENDY BEETLESTONE, C.J.**