**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ELAN PAVLOV,**<br>**Plaintiff,**<br><br>**v.**<br><br>**WILMINGTON SAVINGS FUND SOCIETY, FSB**<br>**DUNBAR LLC**<br>**DUNBAR GROUP LLC**<br>**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO. 25CV7362** |

**O R D E R**

**AND NOW**, this 8th day of October, 2026, upon consideration of: (1) Defendant Wilmington Savings Fund Society, FSB's ("WSFS") Motion to Dismiss and Motion to Strike (ECF No. 48 and ECF No. 57), and Plaintiff's Response in Opposition (ECF No. 56); and, (2) Defendant Dunbar LLC's Motion to Dismiss (ECF No. 47), and Plaintiff's Response in Opposition thereto (ECF No. 54), for the reasons set forth in the accompanying opinion, **IT IS HEREBY ORDERED** that Plaintiff's Amended Complaint (ECF No. 42) is **DISMISSED WITHOUT PREJUDICE** for **LACK OF JURISDICTION** as against WSFS and Dunbar LLC. **IT IS FURTHER ORDERED** that all state law claims are **DISMISSED WITHOUT PREJUDICE**. *See* 28 U.S.C. § 1367(c)(3).

The Clerk is **ORDERED** to **TERMINATE** this case.

**BY THE COURT:**

**S/ WENDY BEETLESTONE**

**WENDY BEETLESTONE, C.J.**